76 So.3d 1140 (2012)
James Jerome JORDAN, Petitioner,
v.
Kimberly Yvette BISHOP, individually and on behalf of R.S. and R.S., minors, Respondent.
No. 1D11-2683.
District Court of Appeal of Florida, First District.
January 12, 2012.
*1141 James Jerome Jordan, pro se, Petitioner.
Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. See Smartt v. First Union Nat'l Bank, 771 So.2d 1232 (Fla. 5th DCA 2000).
BENTON, C.J., CLARK and MARSTILLER, JJ., concur.